UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALAN KRESS and RANDY CARR, on behalf of a class of those similarly situated, <br>     Plaintiffs, <br><br> vs. <br><br> CCA OF TENNESSEE, LLC, MARION COUNTY SHERIFF FRANK ANDERSON, VIRGINIA LEE, TIMOTHY LITTLE, JEFF CONWAY, and NEIL PROBST, <br>     Defendants. | 1:08-CV-00431-LJM-DML |

## ENTRY OF JUDGMENT

Through an Order dated April 13, 2011, the Court granted summary judgment in favor of defendants, CCA of Tennessee, LLC *et al*, and against plaintiffs, Alan Kress and Randy Carr on behalf of a class of those similarly situated, on plaintiffs' complaint under 42 U.S.C. § 1983. Judgment is entered accordingly.

DATED this 13th day of April, 2011.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
    Deputy Clerk

Distribution attached.

Distribution to:

William A. Hahn
BARNES & THORNBURG LLP
william.hahn@btlaw.com

Jennifer Lynn Haley
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
jhaley@indy.gov

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com

Paul K. Ogden
ROBERTS & BISHOP
pogden@roberts-bishop.com

Anthony W. Overholt
FROST BROWN TODD LLC
aoverholt@fbtlaw.com

Kenneth T. Roberts
ROBERTS & BISHOP
ktrjustice@aol.com

Tasha Rebecca Roberts
ROBERTS AND BISHOP
troberts@roberts-bishop.com

Michael Rosiello
BARNES & THORNBURG LLP
mike.rosiello@btlaw.com

Marc Pe-Caine Sultzer
OFFICE OF CORPORATION COUNSEL
msultzer@indygov.org